IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

JUDAH COLEMAN BAILEY

CRIMINAL CASE NO.
2:20-CR-0023–04-SCJ

## ORDER

By direction of the Court, it is **ORDERED AND ADJUDGED** that the judgment and commitment heretofore rendered on June 30, 2021 [Doc. 147] be amended on page seven (7) as follows, to correct a typographical error as to the total amount of restitution owed:

**RESTITUTION**

Total restitution ordered in the amount of **$3678.17**, joint and several with codefendants Jesse James Smallwood, Delveccho Waller, Jr., Bruce Thompson and Dashun Martin.

**IT IS FURTHER ORDERED** that the judgment and commitment rendered remain the same in every other respect.

**IT IS SO ORDERED**, this 16th day of December, 2021.

/s/ Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE